July 8, 2024

Honorable Judge Laurie J. Michelson
U.S. District Court
231 West Lafayette Blvd., Room 737
Detroit, MI 48226

RE: Case No. 21CR20650

Dear Honorable Michelson,

    I am writing to humbly ask for help through the Federal Public Defender's office to investigate and file a motion to vacate my sentence. On June 22, 2024, the U.S. Supreme Court in Snyder v. U.S. (23-108) likely nullified my offense and conviction. However, I no longer have an attorney and am unable to pay for one. Thank you.

Sincerely,

*John Kennedy*

John Fitzgerald Kennedy
Reg. No. 71496-509
FPC Morgantown
P.O. Box 1000
Morgantown, WV 26507

